```
DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
URIEL TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 11-451-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| URIEL TORRES, | ) | DATE: January 31, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: John A. Mendez |

    Defendant, URIEL TORRES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, PAUL A. HEMESATH, Assistant United States Attorney, hereby stipulate that the status conference set for December 6, 2011, be rescheduled for a status conference on Tuesday, January 31, 2012, at 9:30 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 31, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

time to prepare] (Local Code T4).

    The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 1, 2011

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Dennis S. Waks
                                      Supervising Assistant
                                      Federal Defender
                                      Attorney for Defendant
                                      URIEL TORRES

DATED:   December 1, 2011        BENJAMIN B. WAGNER
                                      United States Attorney

                                    /s/   Dennis S. Waks for
                                    PAUL A. HEMESATH
                                    Assistant U.S. Attorney

---

O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which

2

the trial of this matter must be commenced beginning from the date of the stipulation through and including January 31, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for January 31, 2012, at 9:30 a.m..

Dated: 12/1/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge