DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
URIEL TORRES


                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )  CR.S. 11-451-JAM
                                 )
                 Plaintiff,      )  STIPULATION AND ORDER
                                 )  TO EXTEND TIME FOR STATUS
        v.                       )  CONFERENCE AND EXCLUDE TIME
                                 )
URIEL TORRES,                    )  DATE:  June 5, 2012
                                 )  Time:  9:30 a.m.
                 Defendant.      )  Judge: John A. Mendez
_____  )

        Defendant, URIEL TORRES, by and through his counsel, DENNIS

S. WAKS, Supervising Assistant Federal Defender, and the United

States Government, by and through its counsel, PAUL A. HEMESATH,

Assistant United States Attorney, hereby stipulate that the

status conference set for April 10, 2012, be rescheduled for a

status conference on Tuesday, June 5, 2012, at 9:30 a.m.

        This continuance is being requested because defense counsel

requires additional time to review discovery, discuss the case

with the government, and pursue investigation.

        Speedy trial time is to be excluded from the date of this

order through the date of the status conference set for June 5,

2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

1

1   time to prepare] (Local Code T4).

2       The Court finds that the ends of justice to be served by

3   granting a continuance outweigh the best interest of the public

4   and the defendant in a speedy trial.

5   DATED: April 9, 2012

6                                   Respectfully Submitted,

7                                   DANIEL J. BRODERICK
                                    Federal Defender

8

9                                   /s/ Dennis S. Waks
                                    Supervising Assistant

10                                  Federal Defender
                                    Attorney for Defendant

11                                  URIEL TORRES

12  DATED:  April 9, 2012           BENJAMIN B. WAGNER
                                    United States Attorney

13

14                                  /s/  Dennis S. Waks for
                                    PAUL A. HEMESATH

15                                  Assistant U.S. Attorney

16                      _____

17                          O R D E R

18      Based on the stipulation of the parties and good cause

19  appearing therefrom, the Court hereby finds that the failure to

20  grant a continuance in this case would deny defense counsel

21  reasonable time necessary for effective preparation, taking into

22  account the exercise of due diligence.  The Court specifically

23  finds that the ends of justice served by the granting of such

24  continuance outweigh the interests of the public and the

25  defendant in a speedy trial.  Based on these findings and

26  pursuant to the stipulation of the parties, the Court hereby

27  adopts the stipulation of the parties in its entirety as its

28  order.  Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation through and including April 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for June 5, 2012, at 9:30 a.m..

Dated: April 9, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge