DANIEL J. BRODERICK, #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
URIEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br>URIEL TORRES,                       )<br>                                    )<br>            Defendant.              )<br>_____ | CR.S. 11-451-JAM<br><br>STIPULATION AND ORDER<br>TO EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>DATE: August 28, 2012<br>Time: 9:45 a.m.<br>Judge: John A. Mendez |

    Defendant, URIEL TORRES, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, PAUL A. HEMESATH, Assistant United States Attorney, hereby stipulate that the status conference set for July 17, 2012, be rescheduled for a status conference on Tuesday, August 28, 2012, at 9:45 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 28, 2012, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable

time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 12, 2012

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Dennis S. Waks
                                          Supervising Assistant
                                          Federal Defender
                                          Attorney for Defendant
                                          URIEL TORRES

DATED: July 12, 2012                  BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/  Dennis S. Waks for
                                          PAUL A. HEMESATH
                                          Assistant U.S. Attorney

---

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which

the trial of this matter must be commenced beginning from the date of the stipulation through and including August 28, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for August 28, 2012, at 9:45 a.m..

Dated:   7/12/2012


                /s/ John A. Mendez
                JOHN A. MENDEZ
                United States District Court Judge