DENNIS S. WAKS, BAR #142581
Attorney at Law
455 CAPITOL MALL, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9871

Attorney for Defendant
URIEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. S-11-451-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME FOR STATUS |
| v. | ) | CONFERENCE AND EXCLUDE TIME |
| | ) | |
| | ) | Date: June 13, 2013 |
| URIEL TORRES | ) | Time: 9:30 a.m. |
| | ) | Judge: Troy L. Nunley |
| Defendant. | ) | |
| _____ | ) | |

Defendant, URIEL TORRES, by and through his counsel, DENNIS S. WAKS, attorney at law, and the United States Government, by and through its counsel, PAUL A. HEMESATH, Assistant United States Attorney, hereby stipulate that the status conference set for April 30, 2013, be rescheduled for a status conference on Thursday, June 13, 2013, at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation. Mr. Torres is housed at the Butte County jail. Since he does not speak English, a Spanish speaking interpreter or investigator is required to communicate with Mr. Torres.

Speedy trial time is to be excluded from the date of this order

1   through the date of the status conference set for June 13, 2013,

2   pursuant to 18 U.S.C § 3161 (h)(7)(B)(iv), [reasonable time to prepare]

3   (Local Code T4).

4        The Court finds that the ends of justice to be served by granting

5   a continuance outweigh the best interest of the public and the

6   defendant in a speedy trial.

7   DATED: April 29, 2013                    Respectfully submitted,

8

9                                           /s/ Dennis S. Waks
                                            Attorney for Defendant
10                                          URIEL TORRES

11

12  Dated: April 25, 2013                   BENJAMIN B. WAGNER
                                            United States Attorney

13

14                                          /s/Dennis S. Waks for:
                                            PAUL A. HEMESATH
15                                          Assistant U.S. Attorney

16                          O R D E R

17       Based on the stipulation of the parties and good cause appearing

18  therefrom, the Court hereby finds that the failure to grant a

19  continuance in this case would deny defense counsel reasonable time

20  necessary for effective preparation, taking into account the exercise

21  of due diligence. The Court specifically finds that the ends of justice

22  served by the granting of such continuance outweigh the interests of

23  the public and the defendant in a speedy trial. Based on these findings

24  and pursuant to the stipulation of the parties in its entirety as its

25  order, time is excluded from computation of time within which the trial

26  of this matter must be commenced beginning from the date of the

27  stipulation through and including June 13, 2013, pursuant to 18 U.S.C.

28  § 3161 (h)(7)(A) and (B)(iv) [reasonable time for defense counsel to

1   prepare] and Local Code T4. A new status conference date is hereby set
2   for June 13, 2013, at 9:30 a.m.
3   DATED: April 29, 2013

Troy L. Nunley
United States District Judge