DENNIS S. WAKS, BAR #142581
Attorney at Law
455 CAPITOL MALL, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9871

Attorney for Defendant
URIEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>    v.                               )<br>                                     )<br>                                     )<br>URIEL TORRES                         )<br>                                     )<br>            Defendant.               )<br>_____ ) | CR. S-11-451-TLN<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME FOR STATUS<br>CONFERENCE AND EXCLUDE TIME<br><br>Date: August 1, 2013<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

    Defendant, URIEL TORRES, by and through his counsel, DENNIS S. WAKS, attorney at law, and the United States Government, by and through its counsel, PAUL A. HEMESATH, Assistant United States Attorney, hereby stipulate that the status conference set for June 13, 2013, be rescheduled for a status conference on Thursday, August 1, 2013, at 9:30 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation. Since he does not speak English, a Spanish speaking interpreter or investigator is required to communicate with Mr. Torres.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for August 1, 2013, pursuant to 18 U.S.C § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

    The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: June 11, 2013                     Respectfully submitted,

/s/ Dennis S. Waks
Attorney for Defendant
URIEL TORRES

Dated: June 9, 2013                      BENJAMIN B. WAGNER
                                       United States Attorney

/s/Dennis S. Waks for:
PAUL A. HEMESATH
Assistant U.S. Attorney

## O R D E R

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. Based on these findings and pursuant to the stipulation of the parties in its entirety as its order, time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including August 1, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for defense counsel to

1  prepare] and Local Code T4. A new status conference date is hereby set
2  for August 1, 2013, at 9:30 a.m.
3  DATED: June 11, 2013

_____
Troy L. Nunley
United States District Judge