DENNIS S. WAKS, Bar #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9871

Attorney for Defendant
Uriel Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Uriel Torres, <br><br> Defendant. | NO. CR.S 11-451-TLN <br><br> STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date: November 7, 2013 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

    The United States of America, through Assistant United States Attorney, Paul A. Hemesath, and the defendant Uriel Torres, through his counsel, Dennis S. Waks, stipulate and agree to continue the status conference, scheduled for September 19, 2013, to November 7, 2013, at 9:30 a.m.

    The government has previously provided defense counsel with a written Plea Agreement.  Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his client, and to advise the defendant on how to proceed.  The additional time is therefore needed for attorney preparation and

continuity of counsel.  Both parties request that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local Code T-4 (attorney preparation and continuity of counsel).  The parties agree to an exclusion of time for the reasons stated above up to and including November 7, 2013.

                                              Respectfully submitted,

DATED: September 12, 2013        /s/ Dennis S. Waks
                                              Attorney for Defendant
                                              URIEL TORRES

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: September 12,  2013       /s/ Dennis S. Waks for
                                              PAUL ANDREW HEMESATH
                                              Assistant U.S. Attorney

**ORDER**

    Good cause having been shown, it is hereby ordered that the status conference currently scheduled for September 19, 2013, is continued to November 7, 2013, at 9:30 a.m.  Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best

interest of the public and the defendant in a speedy trial.  Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including November 7, 2013.

DATED: September 16, 2013

_____
Troy L. Nunley
United States District Judge