DENNIS S. WAKS, #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, CA  95814
Tel: 916-498-9871  Fax 916-441-6553
denniswaks@gmail.com

Attorney for Defendant
URIEL TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S. 11-451-TLN |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| URIEL TORRES, | ) Date:  February 6, 2014<br>) Time:  9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

The United States of America, through Assistant United States Attorney, Paul A. Hemesath, and the defendant Uriel Torres, through his counsel Dennis S. Waks, stipulate and agree to continue the status conference scheduled for December 19, 2013, to February 6, 2014 at 9:30 a.m.

The government has previously provided defense counsel with discovery and a written Plea Agreement.  Defense counsel, however, needs additional time to discuss the proposed resolution and review its terms with his Spanish speaking client, and to advise the defendant on how to proceed.  A request for some supplementary discovery has been made. The additional time is therefore needed for attorney preparation and continuity of counsel. Both parties request that time be excluded pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, (attorney preparation and continuity of counsel). The parties agree to an exclusion of time for the reasons stated above up to and including February 6, 2014.

-1-

Respectfully Submitted

DATED: December 13, 2013       / s / Dennis S. Waks_____
                               Attorney for Defendant
                               URIEL TORRES


                               BENJAMIN B.WAGNER
                               United States Attorney


DATED: December 13, 2013       / s / Dennis S. Waks for_____
                               PAUL ANDREW HEMESATH
                               Assistant United States Attorney


**O R D E R**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for December 19, 2013, is continued to February 6, 2014, at 9:30 a.m. Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Time under the Speedy Trial Act shall be excluded under 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, up to and including February 6, 2014.

Dated: December 16, 2013

                               _____
                               Troy L. Nunley
                               United States District Judge